2013–0135.  State v. Reynolds.
Fairfield App. No. 12 CA 7, 2012-Ohio-5956.
   FRENCH and O'NEILL, JJ., dissent.

2013–0142.  Deutsche Bank Natl. Trust Co. v. Germano.
Portage App. No. 2012–P–0024, 2012-Ohio-5833.

2013–0143.  State ex rel. Dinardo v. Chester Twp.
Geauga App. No. 2012–G–3063, 2012-Ohio-5828.
   O'DONNELL, J., dissents.

2013–0144.  State v. Jones.
Licking App. No. 12CA0061, 2012-Ohio-5672.

2013–0146.  US Bank Natl. Assn. v. Sherwood.
Hamilton App. No. C–120356.

2013–0147.  Flagstar Bank, FSB v. Cintron.
Montgomery App. No. 25110, 2012-Ohio-5914.
   LANZINGER and O'NEILL, JJ., dissent.

2013–0155.  Andrews v. Nationwide Mut. Ins. Co.
Cuyahoga App. No. 97891, 2012-Ohio-4935.
   PFEIFER, J., dissents.

2013–0161.  State v. Arnold.
Medina App. No. 12CA0043–M, 2012-Ohio-5809.

2013–0162.  McCarthy v. Sterling Chems., Inc.
Hamilton App. Nos. C–110805 and C–110856, 2012-Ohio-5211.
   PFEIFER and O'NEILL, JJ., dissent.

2013–0166.  State v. King.
Cuyahoga App. No. 97683, 2012-Ohio-4398.
   PFEIFER, LANZINGER, and O'NEILL, JJ., dissent.

2013–0173.  State v. Literal.
Scioto App. No. 12CA3479, 2012-Ohio-6298.

2013–0176.  State v. DiBiase.
Lake App. No. 2011–L–124, 2012-Ohio-6125. Discretionary appeal not accepted. Motion for stay denied as moot.

2013–0177.  State v. Reed.
Erie App. No. E–11–049, 2012-Ohio-5983.

2013–0179.  State v. Mayberry.
Stark App. No. 2012CA00233.

2013–0180.  State v. Jones.
Licking App. No. 12CA0054, 2012-Ohio-6262.

2013–0181.  State v. Parrott.
Warren App. No. CA2012–11–116.

2013–0182.  State v. Crenshaw.
Lake App. No. 2011–L–166, 2012-Ohio-5928.

2013–0183.  State v. Lavarnia.
Clark App. No. 12–CA–84. Discretionary appeal not accepted. Motion to investigate denied as moot.

2013–0184.  Wells Fargo Bank, NA v. Freed.
Hancock App. No. 5–12–01, 2012-Ohio-5941.

2013–0206.  State v. Walker.
Summit App. No. 26319, 2012-Ohio-6001.